**3**

**Timothy C. Springer, Esq**. #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile:   (559) 225-3459
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 20-10286-A-13<br>DCN: TCS-2<br>CHAPTER  13 |
| Donald Sa<br>Jeannie Sa<br><br>                         Debtors. | Hearing date and Time:<br>Date:   June 25, 2020<br>Time:   9:00 A.M.<br>Dept:   A<br>Ctrm: 11(5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br>Judge Fredrick Clement |

### <u>MOTION FOR CONFIRMATION OF FIRST MODIFIED CHAPTER 13 PLAN</u>
### <u>PURSUANT TO 11 USC §§ 1325 AND 1329</u>

The Debtors, Donald and Jennie Sa, (hereinafter referred to as "Debtors") hereby move

this Court for an Order confirming their First Modified Plan. In support of this motion, the

Debtors state the following:

1)  The Debtors commenced this case on case on March 10, 2020, by filing the above-

numbered voluntary petition for relief under Chapter 13 of Title 11, United States Code.

2)  The Debtors' Chapter 13 Plan has not been confirmed.

3)  The Debtors primarily filed to protect their home and payoff their second mortgage.

4)  The Debtors are below the state median income for a household of their size.

5)  Filed concurrently herewith as Exhibit "A" is a copy of thier amended Schedules I and J.

6) The First Modified Chapter Plan maintains the distribution to the unsecured creditors at 100%.

7) The First Modified Plan satisfies the liquidation value of $37,347.99.

8) The Debtors did not have any projected disposable income.

9) This Modified Plan complies with applicable law.

10) Any fees or charges required by Chapter 123 of Title 28 of the U.S. Code have been paid.

11) The Plan is proposed in good faith and is not by any means forbidden by law.

12) The Petition was filed in good faith. The Debtors has been in this bankruptcy case for 2 months and intend to complete this Plan.

13) Debtors have listed all assets in Schedule A and B and believe the values remain the same, if not less.

14) The First Modified Plan provides that all secured creditors retain their lien on their collateral until the secured claim is paid or until the creditors accepts surrender of their collateral. All claims of secured creditors are treated in accordance with either accepted the Plan, will be allowed to collect and dispose of the collateral via surrender thereof, or will be paid the value of their collateral pursuant to terms of the Plan. Either there are no motions to value or they have been granted.

15) As stated in the Debtors' declaration, the Debtors asserts that there aren't any delinquent domestic support obligations and all applicable tax returns which have become due for the last four years have been filed.

16) Based on the foregoing, the Debtors respectfully request that the Court confirm the First Modified Chapter 13 Plan.

Dated: April 16, 2020

Nancy D. Klepac,
Attorney for Debtors