Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Sarah R. Velasco, #255873
Staff Attorney
PO BOX 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518
E-mail: cvinson@meyer13.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

Donald Sa

Jeannie Lynne Sa

        Debtors,

Case No.: 20-10286-A-13F

CHAPTER 13

DC NO. TCS-2

CHAPTER 13 TRUSTEE'S OPPOSITION TO CONFIRMATION OF CHAPTER 13 PLAN

DATE: June 25, 2020
TIME: 9:00 AM
PLACE: U.S. Courthouse
       Dept A, Courtroom 11, 5th Floor
       2500 Tulare Street
       Fresno, Ca 93721

JUDGE: Hon. Fredrick E. Clement

     **MICHAEL H. MEYER**, Chapter 13 Trustee in the above referenced matter, objects to confirmation of the Chapter 13 Plan filed April 17, 2020, the following grounds:

## I.

## **BASIS OF OBJECTION**

    **1.**     **The plan fails to provide for submission of all or such portion of future earnings or other future income to the supervision and control of the Trustee as is necessary for execution of the plan. [11 U.S.C. §1322(a)]**

    The plan is short $13.63 per month. If the attorney's fee dividend is reduced to $161.64 per month the plan will fund each month.

///

**2.     The Debtor(s) will not be able to make all payments under the plan and comply with the plan. [11 U.S.C. §1325(a)(6)]**

Plan payments are delinquent $2,456.00 through April 2020.  In addition, the May 2020 plan payment in the amount of $1,228.00 will come due prior to the hearing date.

## II.

## POINTS AND AUTHORITIES

11 U.S.C. §1322(a) provides that a plan shall provide for certain payments to creditors and for payment of claims within specified classes. Pursuant to 11 U.S.C. §1325(a)(1) the Court shall confirm a plan if the plan complies with the provisions of Chapter 13 and with other applicable provisions of this title.

11 U.S.C. §1325(a) provides that the Court shall confirm a plan if certain criteria set forth in §1325(a) is met.

The debtors carry the burden of proving, by a preponderance of the evidence, that the plan complies with the statutory requirements of confirmation. In re Arnold and Baker Farms, 177 B.R.648, 654 (9th Cir. BAP 1994), In re Warren, 89 B.R. 87, 93 (9th Cir. BAP 1988), In re Wolff, 22 B.R.510, 512 (9th Cir. 1982).

**WHEREFORE**, the Trustee requests that the Trustee's opposition to confirmation of the plan be sustained.

Dated:  May 20, 2020                                   Respectfully submitted,

/s/ Sarah R. Velasco
Sarah R. Velasco, Staff Attorney for
Michael H. Meyer, Chapter 13 Trustee